911

FRANK E. AHEARN, TRUSTEE, ET AL. *v.* INLAND
WETLANDS AGENCY-CONSERVATION COMMISSION
OF THE TOWN OF SOUTH WINDSOR ET AL.

The plaintiffs' petition for certification for appeal
from the Appellate Court, 34 Conn. App. 385 (AC
11996), is denied.

*Frank E. Ahearn,* pro se, in support of the petition.

*John F. Sullivan,* in opposition.

Decided July 14, 1994

WILLIAM JENKS *v.* JANE JENKS

The defendant's petition for certification for appeal
from the Appellate Court, 34 Conn. App. 462 (AC
12017), is granted, limited to the following issue:

"Did the Appellate Court improperly conclude that
the trial court abused its discretion in granting the
defendant's motion to open a stipulated dissolution
decree on the ground that the stipulated judgment had
been entered into under durress?"

The Supreme Court docket number is SC 14964.

*Steven H. Levy,* in support of the petition.

*Charles F. Brower,* in opposition.

Decided July 14, 1994

DONALD F. LOPRESTO *v.* STATE EMPLOYEES
RETIREMENT COMMISSION

The plaintiff's petition for certification for appeal
from the Appellate Court, 34 Conn. App. 510 (AC
12483), is granted, limited to the following issue:

"Did the Appellate Court improperly conclude that as a matter of law, 'Connecticut State Service' as used in § 5-173 of the General Statutes is limited to actual state service and does not include prior municipal service that is expressly deemed to be state service under § 5-192b (b)?"

The Supreme Court docket number is SC 14965.

*Raymond L. Baribeault, Jr.,* in support of the petition.

*Robert A. Whitehead,* assistant attorney general, in opposition.

Decided July 14, 1994

STATE OF CONNECTICUT *v.* STEVEN T. WASHBURN

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 557 (AC 12297), is denied.

*David S. Grossman,* in support of the petition.

*Jacqueline J. Footman,* assistant state's attorney, in opposition.

Decided July 14, 1994

STATE OF CONNECTICUT *v.* MICHAEL M. MORIN

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 915 (AC 12631), is denied.

*Frederick W. Odell,* in support of the petition.

Decided July 14, 1994